**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**MONTE ALBERT,**

***Plaintiffs*,**

**v.** **Case No. 5:25-CV-1676-JKP-HJB**

**JOINT BASE LEWIS-MCCHORD (JBLM), et al.,**

***Defendants.***

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is a Report and Recommendation ("R&R") of United States Magistrate Judge (ECF No. 53), wherein the assigned Magistrate Judge recommends that the undersigned grant a motion to dismiss (ECF No. 24) and deny a motion for summary judgment (ECF No. 29) as premature. The Magistrate Judge notified the parties of their right to object. No party has filed any objection to the R&R, and the time for doing so has expired.

Any party who seeks review of all or a portion of an R&R must serve and file specific written objections within fourteen days after being served with a copy. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). If a party does not timely object, the District Court may review the unobjected-to proposed findings and recommendations to determine whether they are clearly erroneous or contrary to law. *Johnson v. Sw. Research Inst.*, 210 F. Supp.3d 863, 864 (W.D. Tex. 2016) (citing *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam).[1]

---

[1] While Rule 72(b) does not facially require any review in the absence of a specific objection, the advisory committee notes following its adoption in 1983 state: "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Further, failure to object shall also bar appellate review of those portions of the Magistrate Judge's Report and Recommendation that were ultimately accepted by the district court, unless the party demonstrates plain error. *Thomas v. Arn*, 474 U.S. 140, 150–53 (1985); *Wilson*, 864 F.2d at 1221.

Consistent with § 636(b)(1)(C) and Rule 72(b)(2), the Court has reviewed the subject R&R for clear error on the face of the record. The Court finds no such error. Accordingly, the Court **ACCEPTS** the Magistrate Judge's recommendation (ECF No. 53). As recommended, the Court **GRANTS** the Motion to Dismiss (ECF No. 24) filed by Defendants. For the reasons stated in the R&R, the Court hereby **DISMISSES** Curtis S. Atkinson and Kim S. Laurinaitis as parties to this action. **The Clerk of Court shall note such dismissal on the docket of this case.** Furthermore, for the reasons stated in the R&R, the Court **DENIES** Plaintiff's Motion for Summary Judgment (ECF No. 29) as premature.

**It is so ORDERED this 2nd day of November 2026.**

Jason Pulliam

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**